JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PRIMAL NUTRITION, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMAL KITCHEN LLC, a Washington Limited Liability Company,<br><br>Defendant. | **CASE NO.: 2:15-cv-06387-CAS-E**<br><br>The Hon. Christina A. Snyder<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

1  Before the Court is the parties' Stipulation of Dismissal of Action Pursuant
2  to Federal Rule of Civil Procedure 41.  Good cause appearing therefor, the
3  stipulation is GRANTED, as follows:
4  All remaining claims for relief in the First Amended Complaint
5  (Dkt. No. 19) are hereby DISMISSED WITH PREJUDICE pursuant to Federal
6  Rule of Civil Procedure 41(a)(1)(A)(i).
7  Each party shall bear its own attorneys' fees and costs incurred in
8  connection with this action.

**IT IS SO ORDERED.**

Dated: November 20, 2015

*Christina A. Snyder*
Honorable Christina A. Snyder
United States District Judge

-1-
**[PROPOSED]** ORDER RE: JOINT STIPULATION TO DISMISS ACTION
LITIOC/2127540v2/103836-0003